**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:26CR47** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JUAN MARTIN RODRIGUEZ-LARA,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant Juan Martin Rodriguez-Lara's unopposed Motion to Continue Trial [43]. Counsel needs additional time to complete plea documents. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [43] is granted, as follows:

1. The jury trial now set for August 25, 2026, is continued to **September 29, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 29, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 10, 2026**

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**